**Opinion filed August 20, 2009**



In The

# Eleventh Court of Appeals

_____

## Nos. 11-09-00231-CR & 11-09-00232-CR

_____

## MARVIN RAY HAILE, Appellant

## V.

## STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**

**Taylor County, Texas**

**Trial Court Cause Nos. 14887-B & 14888-B**

### M E M O R A N D U M   O P I N I O N

The trial court convicted Marvin Ray Haile of two offenses of aggravated assault and assessed his punishment at confinement for ten years for each offense. We dismiss the appeals for want of jurisdiction.

The trial court imposed the sentences in open court on December 11, 2008. Appellant filed his pro se notices of appeal on July 14, 2009, 215 days after the date the sentences were imposed. The notices of appeal are not timely. TEX. R. APP. P. 26.2. Motions for extension of time were not filed in compliance with TEX. R. APP. P. 26.3. Absent a timely notice of appeal or compliance with Rule 26.3,

this court lacks jurisdiction to entertain an appeal. *Slaton v. State*, 981 S.W.2d 208, 209 -10 (Tex. Crim. App. 1998); *Olivo v. State*, 918 S.W.2d 519, 522-24 (Tex. Crim. App. 1996); *Rodarte v. State*, 860 S.W.2d 108,109-10 (Tex. Crim. App. 1993); *Shute v. State*, 744 S.W.2d 96, 97 (Tex. Crim. App. 1988).

The appeals are dismissed for want of jurisdiction.

PER CURIAM

August 20, 2009

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.